CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 1 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH F. MAXIE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:06CV00148 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DR. DAVID BARNES, | ) | By Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of

the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER**: This ___20ᵈ___ day of March, 2006.

_____
United States District Judge